Date of Arrest: 02/14

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose Ramon GEREZANO- Rosales<br>AKA: None Known<br>089217670<br>YOB: 1962<br>Citizen of: Honduras<br>Defendant | Magistrate Case No. 21-1074MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about February 14, 2021 Defendant Jose Ramon GEREZANO- Rosales, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Honduras through the port of Alexandria, Louisiana, on or about August 29, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
JWL for JAB

Signature of Complainant
Monica Cruz
Border Patrol Agent

Sworn to before me and subscribed telephonically,

February 16, 2021     at     Yuma, Arizona
Date                                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA;

Vs.

Jose Ramon GEREZANO- Rosales
AKA: None Known
089217670

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 14, 2021, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near San Antonio, Texas on or about March 17, 2008. The Defendant has been removed on four previous occasions. The Defendant was most recently removed on or about August 29, 2019, through the port of Alexandria, Louisiana, subsequent to a conviction in an United States District Court, Western District of Texas on or about February 14, 2011, for the crime of Illegal re Entry Into the United States after Deportation, a felony.

Agents determined that on or about February 10, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Jacob Coles and Keith Graue.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Mario Aceves.

Signature of Complainant

Sworn to before me and subscribed telephonically,

February 16, 2021
Date

Signature of Judicial Officer

-2-

## Probable Cause Statement

I, Border Patrol Agent Monica Cruz, declare under penalty of perjury, the following is true and correct:

Defendant: Jose Ramon GEREZANO- Rosales

Dependents: 1 - UNITED STATES

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on zero six previous occasions. The Defendant has been removed a total of four (4) times.

**CRIMINAL HISTORY**

| DATE | LOCATION | DISPOSITION |
|---|---|---|
| 08/08/1991 | RICHMOND CR CT | GUILTY: ASSAULT |
| 12/12/1994 | HENRICO CIRCUIT CT | GUILTY: ABDUCTION/EXTORT MONEY FOR IMMORAL PURPOSE |
| 09/28/2003 | RICHMOND CITY | DISPO NOT RECEIVED: INDECENT LIBERTIES WITH CHILD BY CUSTODIAN |
| 09/07/2007 | RICHMOND VA | DISPO NOT RECEIVED: RAPE |
| 01/11/2008 | CHESTFIELD CO GEN DIST | GUILTY: FRAUD-IMPERSONATING |
| 02/14/2011 | DISTRICT OF W TEXAS | GUITLY: 1326AB1 108 MONTHS BOP |

NARRATIVE: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 14, 2021, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near San Antonio, Texas on or about March 17, 2008. The Defendant has been removed on four previous occasions. The Defendant was most recently removed on or about August 29, 2019, through the port of Alexandria, Louisiana, subsequent to a conviction in an United States District Court, Western District of Texas on or about February 14, 2011, for the crime of Illegal re Entry Into the United States after Deportation, a felony.

Agents determined that on or about February 10, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Jacob Coles and Keith Graue.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Mario Aceves.

EXECUTED ON: February 15, 2021      Time: 06:35

Monica Cruz, Border Patrol Agent